UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 04-81195-CIV-PAINE

MOBILE MEDICAL INDUSTRIES, INC.,
a corporation,

    Plaintiff,

v.

ELITE HOME HEALTH OF THE PALM
BEACHES, LLC, a limited liability company,

and

ELITE MD, INC., a corporation,

and

JAMES PADULA, DO, an individual

    Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER

    Come Now Plaintiff and Defendants Elite Home Health of the Palm Beaches, LLC and Elite MD, Inc., by their respective attorneys, and pursuant to and upon the terms of a settlement agreement between the parties, stipulate and agree as follows:

    1.    The parties to this stipulation have entered into an agreement to settle the claims against Elite Home Health of the Palm Beaches, LLC and Elite MD, Inc., without any admissions as to the others' positions, and that the Court shall retain jurisdiction over this case and the parties for purposes of enforcing the settlement.



3358781

2.	Pursuant to Rule 41, Federal Rules of Civil Procedure, this action between the Plaintiff and Defendants Elite Home Health of the Palm Beaches, LLC and Elite MD, Inc. be dismissed with prejudice with each party to bear its own.

3.	The parties further Stipulate and Agree to entry of the attached Order of Dismissal with the Court to retain jurisdiction to enforce the Parties' Settlement Agreement.

DATED this _____ day of _____, 2006.

| | |
|---|---|
| Charles M. Poplstein<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br><br>By: _____<br>Charles M. Poplstein, Esq.<br>*Admitted Pro Hac Vice* | DuBosar & Dolnick, P.A.<br>3010 N. Military Trail<br>Suite 210<br>Boca Raton, Florida 33431<br><br>By: _____<br>Howard D. DuBosar., Esq.<br>Florida Bar No.: 729108 |

3358781

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.:  04-81195-CIV-PAINE

MOBILE MEDICAL INDUSTRIES, INC.,
a corporation,

    Plaintiff,

v.

ELITE HOME HEALTH OF THE PALM
BEACHES, LLC, a limited liability company,

and

ELITE MD, INC., a corporation,

and

JAMES PADULA, DO, an individual

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Stipulation between Plaintiff and Defendants Elite Home Health of the Palm Beaches, LLC and Elite MD, Inc., it is

ORDERED AND ADJUDGED that the above action between the Plaintiff and Defendants Elite Home Health of the Palm Beaches, LLC and Elite MD, Inc. be and the same is hereby dismissed with prejudice as an adjudication upon the merits, each party to bear its own costs. The Protective Order entered on or about July 15, 2005 will remain in full force and effect. The Court retains jurisdiction over this case and the parties to enforce the Parties' Settlement Agreement.

3358781

      DONE AND ORDERED in West Palm Beach, Florida, this _____ day of

_____, 2006.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Howard D. DuBosar, Esq.
Charles M. Poplstein, Esq.
Spencer Silverglate, Esq.